# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JASON ROBERT PAUL AND JOAN PAUL : No. 255 WAL 2016

v. : Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

DEPARTMENT OF HUMAN SERVICES
OF THE COMMONWEALTH; SOMERSET
COUNTY CHILD PROTECTIVE
SERVICES; EXECUTIVE BRANCH OF
THE COMMONWEALTH OF
PENNSYLVANIA; OFFICE OF
ATTORNEY GENERAL; AND
SOMERSET BOROUGH POLICE
DEPARTMENT

PETITION OF: JASON ROBERT PAUL

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.